CASE 0:25-cr-00138-KMM-JFD Doc. 1 Filed 04/09/25 Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25CR138 KMM/JFD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| v. | ) | |
| | ) | |
| EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Reentry of Removed Alien)

On or about October 8, 2023, in the State and District of Minnesota, the defendant,

**EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ**

an alien, was found in the United States after having been removed therefrom on or about June 8, 2017, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

SCANNED
APR 0 9 2025 LT
U.S. DISTRICT COURT MPLS

ACTING UNITED STATES ATTORNEY

FOREPERSON