**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 25-cr-138 KMM/JFD |
| | ) | Date: April 28, 2026 |
| Ezequiel De Jesus Portillo-Rodriguez, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant. | ) | Time Commenced: 1:45 p.m. |
| | ) | Time Concluded: 1:48 p.m. |
| | ) | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Grayson Feist, Assistant U.S. Attorney
Defendant: Matthew Deates, Assistant Federal Defender
X FPD X To be appointed

Interpreter/ Language: Ana Veblen/Spanish

Date Charges Filed: April 9, 2025 Offense: Reentry of a removed alien

X Advised of Rights

on X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

*s/ coo*
Signature of Courtroom Deputy