# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>EZEQUIEL DE JESUS<br>PORTILLO-RODRIGUEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 25-138 (KMM/JFD)<br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Matthew Deates shall appear as appointed counsel of record for the above named defendant in this case.

Dated: April 28, 2026

*s/Matthew Deates*
MATTHEW DEATES
Attorney ID No. 0400318
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415