AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

FID# 10193556

United States of America
v.
Ezequiel De Jesus Portillo-Rodriguez

*Defendant*

Case No. CR 25-138 KMM/JFD

RECEIVED
AUG 2 1 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ezequiel De Jesus Portillo-Rodriguez,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment | Superseding Indictment | Information | Superseding Information | Complaint
Probation Violation Petition | Supervised Release Violation Petition | Violation Notice | Order of the Court
Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Reentry of Removed Alien 8:1326(a)

Date: 04/09/2025

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

ARRESTED ON 8/31/2025
ARRESTED BY ICE
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

*Arresting officer's signature*

*Printed name and title*

SCANNED
AUG 2 4 2026
U.S. DISTRICT COURT MPLS